UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
SECURITIES AND EXCHANGE COMMISSION,    )
                                                                          )
                          Plaintiff,                                      )
                                                                          )
            v.                                                            )        Case No. 10-10360-MLW
                                                                          )
KATHLEEN S. DOBENS,                                       )
CHARLES S. DOBENS,                                        )
JOSEPH A. ROCHE,                                          )
SILEX GROUP, LLC,                                         )
PREAKNESS APARTMENTS I & II, LLC,         )
CHERRY HILLS APARTMENTS  OF                   )
      FORT WORTH, LLC, and                           )
CLEAR RIVER PARTNERS, LLC,                       )
                          Defendants                          )
            and                                                           )
                                                                          )
EAST COAST INVESTMENT SOLUTIONS, LLC,  )
THE DOBENS COMPANY, LLC,                         )
CROSSCREEKS APARTMENTS I, and               )
CROSSCREEKS APARTMENTS II, LLC              )
                                                                          )
                    Relief Defendants.                       )
_____ )

## <u>SECURITIES AND EXCHANGE COMMISSION'S STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT PREAKNESS APARTMENTS I & II, LLC AND RELIEF DEFENDANTS EAST COAST INVESTMENT SOLUTIONS LLC, THE DOBENS COMPANY, LLC, CROSSCREEKS APARTMENTS I AND CROSS CREEKS APARTMENTS II, LLC</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Securities and

Exchange Commission hereby submits this stipulation of voluntary dismissal with prejudice of

Defendant Preakness Apartments I & II, LLC and Relief Defendants East Coast Investment

Solutions, LLC, the Dobens Company, LLC, Crosscreeks Apartments I and Crosscreeks

Apartments II, LLC.

Respectfully submitted,

**SECURITIES AND EXCHANGE
COMMISSION,**

**DEFENDANT PREAKNESS
APARTMENTS I & II, LLC AND
RELIEF DEFENDANTS EAST COAST
INVESTMENT SOLUTIONS LLC, THE
DOBENS COMPANY, LLC,
CROSSCREEKS APARTMENTS I AND
CROSSCREEKS APARTMENTS II,
LLC,**

By its attorneys,

By their attorneys,

/s/ Rachel E. Hershfang
Robert B. Baker (BBO # 654023)
Rachel E. Hershfang (BBO # 631898)
Rua M. Kelly (BBO # 643351)
Securities & Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA  02110
(617) 573-8941 (Kelly direct)
(617)-573-4590 (fax)
kellyru@sec.gov

/s/ Kenneth I.Gordon

Kenneth I. Gordon, Esq. (BBO # 556762)
Gordon Law Office
63 Chatham Street
Boston, MA  02109
(617)-742-4602

Dated :  January 12, 2012

CERTIFICATE OF SERVICE

I,  Rachel E. Hershfang, hereby certify that on January 12, 2012, I caused a true copy of the foregoing document to be filed through the ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Rachel E. Hershfang